ACCEPTED
01-15-00039-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 11:33:50 AM
CHRISTOPHER PRINE
CLERK

CAUSE NUMBER 01-15-00039-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 11:33:50 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| THOMAS NOLAN WHITE, | ( | IN THE COURT OF APPEALS |
| Appellant | | |
| | | |
| VS. | ( | FOR THE FIRST DISTRICT |
| | | |
| THE STATE OF TEXAS, | ( | OF THE STATE OF TEXAS |
| Appellee | | AT HOUSTON |

## MOTION TO WITHDRAW
## AS ATTORNEY OF RECORD ON APPEAL

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, STEVEN GREENE, Attorney for Appellant, on appeal only, and files this Motion to Withdraw as Attorney of Record on Appeal. In support of this motion, Attorney for Appellant would show the Court the following:

I.

On November 17, 2014, Appellant appeared before the Honorable Mark Morefield, Presiding Judge of the 75th District Court of Liberty County, Texas, and entered a plea of Not Guilty in Cause No. CR30923 to the offense of Theft-third offender, a State Jail felony. After a trial before jury, the jury found Appellant Guilty and, on November 18, 2014, assessed his punishment at two (2) years confinement in the State Jail Division of the Texas Department of Criminal Justice (C.R.1 – 39, 46). Appeal was timely perfected.

II.

On February 23, 2015, the undersigned Appellate Attorney efiled an Appellate Brief on Appellant's behalf with the First Court of Appeals, certifying to

the Court of Appeals that in his professional opinion, this was a frivolous appeal. The brief meets the requirements of **Anders v. California**, 386 U.S. 738 (1967). This Court requires the filing of a Motion to Withdraw upon the filing of a frivolous brief.

III.

Appellant has been provided with a copy of: the Clerk's Record on Appeal, the Reporter's Record on Appeal, the Appellate Brief, the Motion to Withdraw as Attorney of Record on Appeal and notice that he has the right to file a **pro se** brief.

IV.

The current deadlines and settings are as follows:

(1) The Brief for Appellant, which was filed on February 23, 2015, was actually due on that date.

V.

Appellant's current address is: Thomas Nolan White # 1962792, Gist State Jail Unit – TDCJ, 3295 FM 3514, Beaumont, Texas 77705. The phone number at that location is (409) 727-8400.

VI.

A copy of this motion was mailed to Appellant on February 23, 2015 (See attached certificate of service).

VII.

Appellant is hereby notified that he has a right to object to this motion.

WHEREFORE, Attorney for Appellant prays the Court to grant this Motion and allow STEVEN GREENE to withdraw as Attorney of Record on Appeal.

Respectfully Submitted,

/s/ Steven Greene

STEVEN GREENE
State Bar No. 08395200
P.O. Box 232
Anahuac, Texas 77514
(409) 267-6290
sgreene2007@windstream.net
Attorney for Appellant
THOMAS NOLAN WHITE

## CERTIFICATE OF SERVICE

I, STEVEN GREENE, do hereby certify that a true and correct copy of the foregoing Motion to Withdraw was delivered by eserve through eFile Texas.Gov to Mr. Logan Pickett, District Attorney, Liberty County District Attorney's Office, 1923 Sam Houston, Liberty, Texas 77575, at email address logan.pickett@co.liberty.tx.us on this 23rd day of _February_____, 2015.

I further certify that a copy of this motion was delivered to Appellant at Appellant's last known address:  Thomas Nolan White # 1962792, Gist State Jail Unit – TDCJ, 3295 FM 3514, Beaumont, Texas 77705; by both certified mail, return receipt requested (CM RRR # 7013 2250 0001 8992 3459), and by first-class mail, on this 23rd day of February, 2015.

/s/ Steven Greene

Steven Greene

CAUSE NUMBER 01-15-00039-CR

| THOMAS NOLAN WHITE, | ( | IN THE COURT OF APPEALS |
| Appellant | | |
| | | |
| VS. | ( | FOR THE FIRST DISTRICT |
| | | |
| THE STATE OF TEXAS, | ( | OF THE STATE OF TEXAS |
| Appellee | | AT HOUSTON |

<u>ORDER ON MOTION TO WITHDRAW</u>
<u>AS ATTORNEY OF RECORD ON APPEAL</u>

On _____, 20_____, the Court considered Appellate Attorney's Motion to Withdraw as Attorney of Record on Appeal, and the Court is of the opinion that the Motion should be GRANTED / DENIED.

IT IS THEREFORE ORDERED THAT Appellate Attorney's Motion to Withdraw as Attorney of Record on Appeal is hereby GRANTED / DENIED.

_____
JUSTICE PRESIDING